UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
**LUCIA C. DEMO**

Case No.: **15-10334/ABA**  
Chapter: 7  
Judge: Andrew B Altenburg

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B Altenburg, Jr. on August 1, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. <u>4B</u>. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | At the time Debtor filed her bankruptcy petition, she had a pending personal injury action. The Debtor is represented by Spear Greenfield & Richman with respect to this claim. They have received a settlement offer of $25,000.00 |
|---|---|

| Liens on property: | After payment of counsel fees and Debtor's allowed exemption, no funds remain for unsecured creditors. Trustee is abandoning as being of inconsequential value to the estate. |
|---|---|

| Amount of equity claimed as exempt: | $23,474.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:       Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 15-10334-ABA
Lucia C. Demo                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jun 28, 2017
                              Form ID: pdf905          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2017.
db          +Lucia C. Demo,   309 Lotus Avenue,   Voorhees, NJ 08043-1019
aty         +Cristina L. Connor,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
aty         +James Clancy,   Borbi Clancy & Patrizi,   999 Route 73 North,   Suite 103,
              Marlton, NJ 08053-1227
515265161   +American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
515388221    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515265163    Cenlar,   Payment Processing Center,   P.O. Box 11733,   Newark, NJ 07101-4733
515265164   +Chase Cards,   P.O. Box 15298,   Wilmington, DE 19850-5298
515265165    CitiCards/CitiBank,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
515265166   +Clifford Demo,   309 Lotus Avenue,   Voorhees, NJ 08043-1019
515493595   +EMERG PHY ASSOC OF S.JERSEY,PC,   PO Box 12907,   Norfolk, VA 23541-0907
515265168    FNB Omaha,   1620 Dodge Street,   Omaha, NE 68197-0003
515265167   +Federal Loan Servicing Credit,   P.O. Box 60610,   Harrisburg, PA 17106-0610
515294808   +First National Bank of Omaha,   1620 Dodge Street,   Stop Code 3105,   Omaha Ne 68197-0003
515265173   +Law Office of Robert Braverman, LLC,   1060 N. Kings Hwy., Suite 333,
              Cherry Hill, NJ 08034-1910
515428067    Navient Solutions, Inc.,   P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
515324046   +Navient Solutions, Inc. on behalf of NJHESAA,   P.O. Box 548,   Trenton, NJ 08625-0548
515275270   +Nelnet on behalf of PHEAA,   PA Higher Education Assistance Agency,   PO BOX 8147,
              Harrisburg, PA 17105-8147
515429069   +Police & Firemens Retirement System Board of Trust,   Cenlar FSB,   425 Phillips Blvd,
              Ewing, NJ 08618-1430
515265176   +Sears/CBNA,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
515265177    Select Portfolio Servicing, Inc,   P.O. Box 65450,   Salt Lake City, UT 84165-0450
515434947    U. S. Department of Education,   c/o FedLoan Servicing,   P. O. Box 69184,
              Harrisburg, PA   17106-9184
515265179    Wells Fargo Home Mortgage,   P.O. Box 10335,   Des Moines, IA 50306-0335
515431085    eCAST Settlement Corporation, assignee,   of Citibank, N.A.,   POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 22:47:29      U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2017 22:47:25      United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515296920   +E-mail/Text: bknotices@bankofthewest.com Jun 28 2017 22:47:42      Bank of the West,
              2527 Camino Ramon,   San Ramon,CA 94583-4213
515265162    E-mail/Text: bknotices@bankofthewest.com Jun 28 2017 22:47:42      Bank of the West,
              Attn:  Research,   1450 Treat Blvd.,   Walnut Creek, CA 94597-2168
515309614   +E-mail/Text: bknotices@bankofthewest.com Jun 28 2017 22:47:41      Bank of the West,
              Attn:  Karen Cesar,   2527 Camino Ramon,   San Ramon, CA 94583-4213
515265169   +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:12      GECRB/Care Credit,
              P.O. Box 965036,   Orlando, FL 32896-5036
515265170    E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:37:45      GECRB/GAP,   P.O. Box 965005,
              Orlando, FL 32896-5005
515265171    E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:37:58      GECRB/Walmart DC,
              4125 Windward Plaza,   Alpharetta, GA 30005-8738
515265172    E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:37:58      JC Penney,   P.O. Box 965007,
              Orlando, FL 32896-5007
515265175    E-mail/Text: electronicbkydocs@nelnet.net Jun 28 2017 22:47:32      Nelnet Loan Services,
              3015 S. Parker Road,   Indianapolis, IN 46240
515495092    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:43:41
              Portfolio Recovery Associates, LLC,   c/o Care Credit,   POB 41067,   Norfolk VA 23541
515495059    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:56:47
              Portfolio Recovery Associates, LLC,   c/o Jc Penney Credit Card,   POB 41067,
              Norfolk VA 23541
515487155    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:43:52
              Portfolio Recovery Associates, LLC,   c/o Gap,   POB 41067,   Norfolk VA 23541
515464565    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:56:47
              Portfolio Recovery Associates, LLC,   c/o Sears Gold Mastercard,   POB 41067,
              Norfolk VA 23541
515495044    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:43:53
              Portfolio Recovery Associates, LLC,   c/o Walmart Master Card,   POB 41067,   Norfolk VA 23541
515265178    E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:37:59      Syncb/Wal-Mart,   P.O. Box 965024,
              Orlando, FL 32896-5024
                                                                                              TOTAL: 16

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2017
                              Form ID: pdf905          Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            Cenlar,   Payment Processing Center,   PO Box 11733,   Newark, NJ   07101-4733
515265174      ##Navient,   300 Continental Drive,   Newark, DE 19713-4322
                                                                          TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
              Andrew   Sklar    on behalf of Trustee Andrew  Sklar andy@sklarlaw.com, dolores@sklarlaw.com
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Police & Firemens Retirement et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    ibalboa@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor   Police & Firemens Retirement et al...
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marc F. Greenfield    on behalf of Trustee Andrew  Sklar efile@injuryline.com
              Marc F. Greenfield    on behalf of Debtor Lucia C. Demo efile@injuryline.com
              Robert   Braverman    on behalf of Debtor Lucia C. Demo robert@bravermanlaw.com
                                                                                   TOTAL: 10
```